## In re COMMERCIAL SAVINGS & LOAN CO.
### No. 19274.

District Court, N. D. Ohio, E. D.
April 24, 1930.

Raymond E. Hyre, Day & Day, and Clemens R. Frank, all of Cleveland, Ohio, for bankrupt.

H. H. Rose and Richard L. McNelly, both of Cleveland, Ohio, for petitioning creditors.

H. H. Rose and Clemens R. Frank, both of Cleveland, Ohio, for receiver.

T. J. Moffett, Henry A. Pollack, and Harry H. Rose, all of Cleveland, Ohio, for trustees.

T. J. Moffett and A. H. Hill, both of Cleveland, Ohio, for assignee.

JONES, District Judge.
Exceptions waived in open court.
Report approved.